**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ANDERSON-TULLY COMPANY**                                                                             **PLAINTIFF**

**VS.**                           **5:08CV00134-WRW**

**DUSTIN MCDANIEL, Attorney General**                                 **DEFENDANT**
**of the State of Arkansas**

### **ORDER**

Pending is Plaintiff's Motion for Reconsideration, New Trial or to Amend or Alter Order (Doc. No. 28). Defendant has responded.[1]

In the Order entered on September 23, 2008,[2] Plaintiff's Amended Complaint was dismissed without prejudice, and all pending motions were denied as moot. While requesting reconsideration, Plaintiff offers no grounds, legal or otherwise, to warrant modification of the September 23, 2008 Order. Accordingly, Plaintiff's Motion for Reconsideration (Doc. No. 28) is DENIED.

IT IS SO ORDERED this 20th day of October, 2008.

                                                              /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 30.

[2] Doc. No. 27.